### THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. THOMAS DUGAN, PLAINTIFF IN ERROR.

Argued November 20, 1900—Decided March 4, 1901.

On error to the Supreme Court.

For the plaintiff in error, *Joseph M. Noonan.*

For the defendant in error, *James S. Erwin,* prosecutor of the pleas.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons stated in the opinion of Mr. Justice Van Syckel in that court.  *Ante p. 65.*

*For affirmance*—THE CHANCELLOR, DIXON, COLLINS, FORT, GARRETSON, BOGERT, KRUEGER, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES.   11.

*For reversal*—None.